UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 15 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JACOBO JAJATI,

        Plaintiff - Appellant,

v.

UNITED STATES CUSTOMS AND BORDER PROTECTION; et al.,

        Defendants - Appellees.

No. 22-56015

D.C. No. 3:22-cv-00175-RBM-AGS
U.S. District Court for Southern California, San Diego

**MANDATE**

The judgment of this Court, entered May 22, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT