TARA K. McGRATH
United States Attorney
JANET A. CABRAL
Assistant U.S. Attorney
California Bar No. 168900
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 546-8715
Facsimile: (619) 546-7751
E-mail: janet.cabral@usdoj.gov
Attorneys for Defendants United
States Customs and Border Protection
And Troy A. Miller, in his Official
Capacity as Commissioner

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOBO JAJATI,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION; TROY A. MILLER, in his official capacity as the Commissioner of the United States Customs and Border Protection; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 22cv175-RBM(AGS)<br><br>**ANSWER OF DEFENDANTS UNITED STATES CUSTOMS AND BORDER PROTECTION AND TROY A. MILLER TO PLAINTIFF'S COMPLAINT**<br><br>Hon. Ruth Bermudez Montenegro |

Defendants United States Customs and Border Protection ("CBP") and Troy A. Miller in his official capacity as the Commissioner of CBP, submit this answer to Plaintiff's Complaint.

## I.  Plaintiff's Introductory Allegations

1. Answering Paragraph 1, Defendants state this paragraph contains legal conclusions and questions of law to which no answer is required. To the extent an answer is required, Defendants deny the allegations.

2. Answering Paragraph 2, Defendants state this paragraph contains legal conclusions and questions of law to which no answer is required. To the extent an answer is required, Defendants deny the allegations.

3. Answering Paragraph 3, Defendants state this paragraph contains legal conclusions and questions of law to which no answer is required. To the extent an answer is required, Defendants deny the allegations.

## II.  Plaintiff's Allegations Regarding Jurisdiction and Venue

4. Answering Paragraph 4, Defendants state this paragraph contains legal conclusions and questions of law to which no answer is required. To the extent an answer is required, Defendants deny the allegations.

5. Answering Paragraph 5, Defendants state this paragraph contains legal conclusions and questions of law to which no answer is required. To the extent an answer is required, Defendants deny the allegations.

## III.  Plaintiff's Allegations Regarding Parties

6. Answering Paragraph 6, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations. On this basis, Defendants deny the allegations.

7. Answering Paragraph 7, Defendants admit that CBP is within the Department of Homeland Security ("DHS"), which is an agency of the United States of America with its headquarters in Washington D.C. and field offices. Defendants state the remainder of this paragraph contains legal conclusions and questions of law to which no answer is required. To the extent an answer is required, Defendants deny the allegations.

8. Answering Paragraph 8, Defendants admit that Troy A. Miller is the Commissioner of CBP. e allegations of this paragraph. Defendants state the remainder of this paragraph contains legal conclusions and questions of law to which no answer is required. To the extent an answer is required, Defendants deny the allegations.

9. Answering Paragraph 9, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations. On this basis, Defendants deny the allegations.

10. Answering Paragraph 10, Defendants state this paragraph contains legal conclusions and questions of law to which no answer is required. To the extent an answer is required, Defendants deny the allegations.

### IV. Plaintiff's Allegations Regarding Statutory Framework

11. Answering Paragraph 11, Defendants state this paragraph contains legal conclusions and questions of law to which no answer is required. To the extent an answer is required, Defendants deny the allegations.

12. Answering Paragraph 12, Defendants state this paragraph contains legal conclusions and questions of law to which no answer is required. To the extent an answer is required, Defendants deny the allegations.

13. Answering Paragraph 13, Defendants state this paragraph contains legal conclusions and questions of law to which no answer is required. To the extent an answer is required, Defendants deny the allegations.

14. Answering Paragraph 14, Defendants state this paragraph contains legal conclusions and questions of law to which no answer is required. To the extent an answer is required, Defendants deny the allegations.

### V. Plaintiff's Factual Allegations

15. Answering Paragraph 15, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations. On this basis, Defendants deny the allegations.

16. Answering Paragraph 16, Defendants admit the allegations.

17. Answering Paragraph 17, Defendants admit the allegations.

18. Answering Paragraph 18, Defendants admit that Plaintiff had an interview with a CBP supervisor on February 19, 2019. Defendants are without knowledge or

information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies those allegations.

19. Answering Paragraph 19, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies those allegations.

20. Answering Paragraph 20, Defendants admit the allegations.

21. Answering Paragraph 21, Defendants admit the allegations.

22. Answering Paragraph 22, Defendants admit the allegations.

23. Answering Paragraph 23, Defendants state this paragraph contains legal conclusions and questions of law to which no answer is required. To the extent an answer is required, Defendants deny the allegations.

24. Answering Paragraph 24, Defendants state this paragraph contains legal conclusions and questions of law to which no answer is required. To the extent an answer is required, Defendants deny the allegations.

25. Answering Paragraph 25, Defendants state this paragraph contains legal conclusions and questions of law to which no answer is required. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations regarding a letter having been sent to CBP by Plaintiff's prior attorney and on that basis deny the allegations.

26. Answering Paragraph 26, Defendants admit Plaintiff had an interview with a CBP supervisor regarding revocation of his membership. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations regarding what was said during the interview and on that basis deny the allegations.

27. Answering Paragraph 27, Defendants admit the allegations.

28. Answering Paragraph 28, Defendants deny the allegations.

29. Answering Paragraph 29, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations regarding

1 | Plaintiff's personal and business activities or those of Plaintiff's ex-wife and children.
2 | On that basis Defendants deny the allegations.

3      30.    Answering Paragraph 30, Defendants state this paragraph contains legal conclusions and questions of law to which no answer is required. To the extent an answer is required, Defendants deny the allegations.

### VI. Plaintiff's Causes of Action

31. Defendants refer to and incorporate by reference every response contained in Paragraphs 1-30, above, as though fully set forth.

32. Answering Paragraph 32, Defendants state this paragraph contains legal conclusions and questions of law to which no answer is required. To the extent an answer is required, Defendants deny the allegations.

33. Answering Paragraph 33, Defendants state this paragraph contains legal conclusions and questions of law to which no answer is required. To the extent an answer is required, Defendants deny the allegations.

34. Answering Paragraph 34, Defendants state this paragraph contains legal conclusions and questions of law to which no answer is required. To the extent an answer is required, Defendants deny the allegations.

35. Answering Paragraph 35, Defendants state this paragraph contains legal conclusions and questions of law to which no answer is required. To the extent an answer is required, Defendants deny the allegations.

36. Answering Paragraph 36, Defendants state this paragraph contains legal conclusions and questions of law to which no answer is required. To the extent an answer is required, Defendants deny the allegations.

37. Answering Paragraph 37, Defendants state this paragraph contains legal conclusions and questions of law to which no answer is required. To the extent an answer is required, Defendants deny the allegations.

1       38.     Answering Paragraph 38, Defendants state this paragraph contains legal conclusions and questions of law to which no answer is required. To the extent an answer is required, Defendants deny the allegations.

### Plaintiff's Prayer for Relief

As to Plaintiff's prayer for relief, Defendants deny that Plaintiff is entitled to the relief requested, deny that Plaintiff is entitled to any relief, deny that Defendants have violated any statute, law or regulation, and requests that judgment be entered in Defendants' favor with the Court to award appropriate relief.

All allegations not specifically admitted, denied, or modified, are hereby denied. For further and separate answer, Defendants allege as follows:

1.     To the extent the Court lacks subject-matter jurisdiction over Plaintiff's claims, the claims should be dismissed.

2.     To the extent Plaintiff has failed to state a claim upon which relief can be granted, the claims should be dismissed.

3.     To the extent Plaintiff's claims were filed too late, including claims that violate the statute of limitations or the concept of laches, the claims should be dismissed.

4.     To the extent the Court concludes Plaintiff is entitled to relief under the APA or under similar standards, the only appropriate remedy is for the Court to compel agency action unlawfully withheld or unreasonably delayed or to hold unlawful and set aside agency action, findings, and conclusions that violate the law or are otherwise arbitrary and capricious.

5.     Money damages are not available under the APA, or for claims for declaratory relief or mandamus.

6.     Review under the APA, and under similar standards, is limited to "final agency action" that is not precluded from review by another statute or legally committed to the agency's discretion.

7. To the extent Plaintiff challenges actions appropriately considered informal adjudication, any such review should allow the agency significant discretion in the formulation of their procedures.

8. To the extent there was any error, which Defendants deny, the error was harmless.

9. Plaintiff is not entitled to attorney's fees or costs.

WHEREFORE, Defendants pray that Plaintiff take nothing by reason of Plaintiff's suit herein, that judgment be rendered in favor of Defendants, for costs of suit herein incurred, and for such other and further relief as this Court may deem proper.

Dated: July 29, 2024                Respectfully submitted,

                                    TARA K. McGRATH
                                    United States Attorney

                                    *s/Janet A. Cabral*
                                    JANET A. CABRAL
                                    Attorneys for Defendants
                                    United States Customs and Border Protection
                                    and Troy A. Miller, Acting Commissioner