SAMAN NASSERI, ESQ.
California Bar No.
925 B Street, Suite 604
San Diego, CA 92101
Telephone: (619) 610-9595
Email: Saman@nasserilegal.com
Attorney for Plaintiff Jacobo Jajati


TARA K. McGRATH
United States Attorney
JANET A. CABRAL
Assistant U.S. Attorney
California Bar No. 168900
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 546-8715
Facsimile: (619) 546-7751
E-mail: janet.cabral@usdoj.gov
Attorneys for Defendants United
States Customs and Border Protection
And Troy A. Miller, in his Official
Capacity as Acting Commissioner

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOBO JAJATI,<br><br>    Plaintiff,<br><br>   v.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION; TROY A. MILLER, in his official capacity as the Acting Commissioner of the United States Customs and Border Protection; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 22cv175-RBM(BJC)<br><br>**JOINT MOTION TO DISMISS**<br><br>Honorable Ruth Bermudez Montenegro |

Plaintiff Jacobo Jajati, by and through counsel Saman Nasseri, Esq., and Defendants U.S. Customs and Border Protection ("CBP") and Troy A. Miller in his official capacity as the Senior Official Performing the Duties of Commissioner of CBP, by and through counsel Tara K. McGrath, United States Attorney, and Janet A. Cabral,

-1- 22cv175-RBM(BJC)

Assistant U.S. Attorney, hereby jointly move the Court pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the stipulation of the parties to dismiss Plaintiff's claims in this case, with each party to bear their own attorney's fees and costs of suit.

Respectfully submitted,

Dated: September 19, 2024

*/s/ Saman Nasseri*
SAMAN NASSERI, ESQ.
Attorney for Plaintiff

Dated:  September 19, 2024

TARA K. McGRATH
United States Attorney

*s/Janet A. Cabral*
JANET A. CABRAL
Attorneys for Defendants
United States Customs and Border Protection
and Troy A. Miller, Acting Commissioner

Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Plaintiff, and that I have obtained Mr. Nasseri's authorization to affix his electronic signature to this document.

Dated: September 19, 2024

*/s/ Janet A. Cabral*
Janet A. Cabral
Assistant U.S. Attorney