# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOBO JAJATI,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION, et al.<br><br>　　　　　　　　Defendants. | Case No.: 3:22-cv-00175-RBM-BJC<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>**[Doc. 34]** |

Pending before the Court is the parties' joint motion to dismiss ("Motion"). (Doc. 34.) In the Motion, the parties "hereby jointly move the Court pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the stipulation of the parties to dismiss Plaintiff's claims in this case, with each party to bear their own attorney's fees and costs of suit." (*Id.* at 2.)

The parties' Motion is **GRANTED**. Each party shall bear its own attorney's fees and costs. The Clerk of the Court is **DIRECTED** to close this case.

**IT IS SO ORDERED**.

DATE: September 19, 2024

_____
HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE